# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|           **Plaintiff** ) | |
| ) | |
| **VS.** ) | **NO: 5:20-CR-00479-OLG** |
| ) | |
| **ROBERT A. SAENZ** ) | |
|           **Defendant** ) | |

## DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE SCHEDULING ORDER

**TO THE HONORABLE JUDGE OF SAID COURT**:

Comes now Defendant in the above styled and numbered cause, and respectfully requests a continuance of Jury Selection and Trial currently scheduled for January 18, 2022, and all corresponding deadlines, including the deadline to file pre-trial motions in this case, and for good cause would show this Court as follows:

### I.

Defendant's Counsel needs additional time to review discovery and negotiate a plea agreement.

### II.

Defendant's Counsel has conferred with Assistant United States Attorney, Mr. Adrián Rosales, who is unopposed to a continuance.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant this motion and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

/S/Anthony B. Cantrell
ANTHONY B. CANTRELL
State Bar No. 03763180
111 Cantrell Way
New Braunfels, TX 78132
(210) 490-1207 Telephone
(210) 299-1482 Facsimile
*Attorney for Robert A. Saenz*

## CERTIFICATE OF SERVICE

This is to certify that on January 5, 2022, a true and correct copy of the above and foregoing document has been served upon via electronic notice to the Court.

/S/Anthony B. Cantrell
ANTHONY B. CANTRELL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|          **Plaintiff** | ) | |
| | ) | |
| VS. | ) | NO: 5:20-CR-00479-OLG |
| | ) | |
| ROBERT A. SAENZ | ) | |
|          **Defendant** | ) | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SCHEDULING ORDER**

Came of this date to be considered Defendant's Unopposed Motion for Continuance and finds the Motion is well founded and should be **GRANTED**. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Continuance is:

  **GRANTED**                                                                                   **DENIED**

Signed and Entered this the _____ day of _____, 2022.

_____
JUDGE PRESIDING